UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:18-cv-00081-NT |
| | ) | |
| NORTH EAST MOBILE HEALTH SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Plaintiff and Defendant having moved for stipulated judgment (ECF No. _), with Defendant having appeared and having consented to entry of such judgment solely for the purpose of settling this case and without admitting the allegations, and such motion having been granted by United States District Judge _____, it is therefore **ORDERED** that:

Plaintiff, the United States of America, shall receive repayment from the defendant, North East Mobile Health Services, in the amount of Eight Hundred Twenty-Five Thousand Dollars ($825,000.00), with the amount designated by the United States as restitution for purposes of 26 U.S.C. § 162(f)(2)(A)(ii) being $825,000.00.

Date: _____                              *CLERK OF COURT*

                                                  _____

1

SEEN AND AGREED:

COUNSEL FOR PLAINTIFF

HALSEY B. FRANK
United States Attorney

/s/ Andrew K. Lizotte
Andrew K. Lizotte
Assistant U.S. Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 771-3246
Andrew.Lizotte@usdoj.gov


COUNSEL FOR DEFENDANT


/s/ Ronald W. Schneider, Jr.
Ronald W. Schneider, Jr., Esq.
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street
P.O. Box 9729
Portland, Maine 04101
(207) 228-7267
rschneider@bernsteinshur.com